# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DEJAUN MCKARRY

VERSUS

DOW CHEMICAL COMPANY, ET AL.

CIVIL ACTION

17-556-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated May 11, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is DENIED, and Plaintiff's claims against Jeremy DeLacerda are DISMISSED without prejudice. It is further ordered that Plaintiff's request for fees under 28 U.S.C. § 1447(c) is also DENIED.

Baton Rouge, Louisiana the 14 day of June, 2018.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 24.
[3] Rec. Doc. 13.