UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEJAUN MCKARRY                                                  CIVIL ACTION

VERSUS                                                                   17-556-SDD-EWD

DOW CHEMICAL COMPANY, ET AL.

## RULING

This matter is before the Court on the *Motion to Dismiss Under Rule 12(b)(3),(4), & (5)*[1] filed by Defendant, Union Carbide Corporation ("UCC").[2] Defendants Union Tank Car Company and UTLX Manufacturing, LLC ("Defendants")[3] subsequently filed a *Partial Joinder to Motion to Dismiss*.[4]

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion. Despite this rule, Plaintiff failed to timely oppose either of these motions. UCC's motion was electronically filed on September 13, 2017, and the remaining Defendants filed their motion on September 15, 2017. Under the Federal Rules of Civil Procedure and the Local Rules of Court, Plaintiff was required to file an opposition on October 4, 2017 and October 6, 2017, respectively. At no time did Plaintiff request an extension of time to oppose these

---

[1] Rec. Doc. No. 12.
[2] UCC was made a Defendant herein in three capacities: Union Carbide Corporation, Union Carbide Corporation, a wholly owned subsidiary of The Dow Chemical Company, and as Union Carbide Corporation, the alleged parent company of Central City and Blackhawk Railroad.
[3] Defendant Jeremy DeLacerda joined in this motion, but he has since been dismissed from this case. *See* Rec. Doc. No. 25.
[4] Rec. Doc. No. 15.

Document Number: 47031

motions. Nevertheless, because a *Motion to Remand*[6] was pending before the United States Magistrate Judge, the Court did not address the pending *Motions to Dismiss.*

On June 14, 2018, the Court adopted the *Report and Recommendation* of the Magistrate Judge and denied Plaintiff's *Motion to Remand.*[6] When this ruling still prompted no response from Plaintiff, the Court entered an *Order* advising that Plaintiff would have until July 11, 2018 to file any responses to the pending motions. Plaintiff has failed to file a response within this deadline.

Therefore, the pending motions are deemed to be unopposed and further, after reviewing the record, the Court finds that the Motions have merit with respect to the Rule 12(b)(3) motion to dismiss for improper venue. When venue is challenged, a plaintiff has the burden of demonstrating that the chosen venue is proper.[7] Plaintiff has failed to carry this burden.

Accordingly, **IT IS HEREBY ORDERED** that the *Motion to Dismiss Pursuant to Rule 12(b)(3)*[8] by UCC and the remaining Defendants is GRANTED, and Plaintiff's claims are dismissed without prejudice. The *Motion for More Definite Statement* is DENIED without prejudice as moot.

Any response to this *Ruling*, <u>which should explain the Plaintiff's failure to comply with the Court's deadlines</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original Motion.

---

[5] Rec. Doc. No. 13.
[6] Rec. Doc. No. 25.
[7] *Swoboda v. Manders*, No. 14-19-SCR, 2014 WL 2515410 at *2 (M.D. La. June 4, 2014).
[8] Rec. Doc. Nos. 12 & 15.
Document Number: 47031

On review of the pleadings filed along with the opposition, the Court, at its discretion, may assess costs, including attorney's fees, against the moving party, if the Court deems that such a motion was unnecessary had a timely opposition memorandum been filed.[9]  A statement of costs conforming to L.R. 54(c) shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than seven (7) days prior to the hearing on the newly filed motion.

*Judgment* shall be entered accordingly.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 19th day of July, 2018.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[9] *See* Fed. R. Civ. P. 16, 83.
Document Number: 47031